In the Matter of the Judicial Settlement of the Intermediate Account in Proceedings of THOMAS F. TEVLIN, as Executor, etc., of PHILIP A. ENGELDRUM, Deceased, Appellant; WILLIAM H. GAITINGS and Others, Respondents.— Motion

for reargument granted█ and case ordered on the January, 1932, term calendar. Counsel are directed to be present. Stay continued. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.